FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 10:04 am, Sep 22, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| NATASHA TRINIQUE SANKS, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:19-cv-63 |
| v. | * | |
| ANDREW SAUL, Commissioner of Social Security, | * | |
| Defendant. | * | |

## ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 19. Plaintiff filed Objections to the Report and Recommendation. Dkt. No. 20.

Plaintiff asserts it is unclear how the Magistrate Judge concluded the form Nurse Practitioner ("NP") Singh completed did not constitute an opinion under the Regulations. Id. at p. 1. Plaintiff contends the entirety of NP Singh's opinion constitutes a medical judgment "call made by NP Singh." Id. at p. 2. In addition, Plaintiff notes the Regulations contradict the Magistrate Judge's rationale because, even if NP Singh's opinion is not an acceptable medical source opinion, the

Administrative Law Judge ("ALJ") should have still considered the opinion. Id. at pp. 2-3.

Plaintiff's Objections are responsive to the Report and Recommendation but are without merit. The Magistrate Judge correctly noted NP Singh's opinion is not entitled to deference or special consideration since NP Singh, as a nurse practitioner, is not an acceptable medical source. Dkt. No. 19, p. 7. In addition, the Magistrate Judge's determination that NP Singh's check mark in response to Item 5 on the pain evaluation form (discussing whether a patient's pain or other symptoms are severe enough to interfere with attention and concentration needed to perform even simple work tasks) does not constitute a medical opinion and need not have been discussed in the ALJ's decision should not be disturbed. Id. at p. 9. What is more, the Magistrate Judge correctly determined any failure by the ALJ in not mentioning NP Singh's pain evaluation was no more than harmless error. Id. at p. 12-13.

The Magistrate Judge correctly concluded the ALJ's determination that Plaintiff is not disabled within the meaning of the Social Security Act is supported by substantial evidence and that the ALJ applied the correct legal standards. Nothing in Plaintiff's Objections demonstrates the ALJ's conclusions were not supported by substantial evidence or that the ALJ applied an incorrect legal standard.

2

For these reasons, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **AFFIRMS** the decision of the Commissioner and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___21___ day of ___September___, 2020.

                                    _____
                                    HON. LISA GODBEY WOOD, JUDGE
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF GEORGIA