AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

*By casbell at 9:38 am, Sep 24, 2020*

NATASHA TRINIQUE SANKS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV519-63

ANDREW SAUL, Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered 9/22/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, the decision of the Commissioner is AFFIRMED. This case stands CLOSED.

Approved by: *[signature]*
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: September 23, 2020

John E. Triplett, Acting Clerk
Clerk

*Candy Asbell*
(By) Deputy Clerk



GAS Rev 10/2020